UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE'S CLERK et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-1253 DAD P<br><br><br>ORDER |

By order filed June 23, 2015, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result dismissal of this action without prejudice.  The thirty-day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated:  August 4, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
over1253.fifp

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 7)

1